KIRK J. ANDERSON (SBN 289043)
kanderson@budolaw.com
BUDO LAW P.C.
5610 Ward Rd.
Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

Attorney(s) for Plaintiff,
SYMBOLOGY INNOVATIONS, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SYMBOLOGY INNOVATIONS, LLC,<br><br>     Plaintiffs,<br>  vs.<br><br>CALIFORNIA BABY, INC.<br><br>     Defendant. | Case No. 2:19-CV-07192- GW-AS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
|---|---|

  Plaintiff Symbology Innovations, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, herby provides notice that it dismisses WITH PREJUDICE all claims in this cause of action against Defendant California Baby, Inc. Each party shall bear its own costs, expenses, and attorneys' fees.

| | | |
|---|---|---|
|1| Dated: December 3, 2019 | Respectfully Submitted, |
|2| | |
|3| | /s/ *Kirk J. Anderson* |
| | | Kirk J. Anderson (SBN 289043) |
|4| | kanderson@budolaw.com |
| | | BUDO LAW P.C. |
|5| | 5610 Ward Rd., Suite #300 |
| | | Arvada, CO 80002 |
|6| | (720) 225-9440 (Phone) |
|7| | (720) 225-9331 (Fax) |

*Attorney(s) for Plaintiff Symbology Innovations, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2019, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/ *Kirk J. Anderson*
Kirk J. Anderson